

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*　　　　　　　　　　　　　　　　　　　　　　　　　*973-645-2700*
*Newark, New Jersey 07102*

March 20, 2024

Honorable Michael A. Shipp
United States District Judge
402 East State Street, Room 2020
Trenton, NJ 08608

　　　　　　Re:　United States v. Eliyahu Weinstein and Aryeh Bromberg
　　　　　　　　　Crim No. 24-128 (MAS)

Dear Judge Shipp:

　　　The parties jointly submit this letter to set forth a proposed briefing schedule on the Government's motion regarding the Defendant Eliyahu Weinstein's privilege claim and to request a status conference to enter a scheduling order and set a trial date in this matter.

*Briefing Schedule on the Government's Motion*

　　　On March 14, 2024, the Government filed a motion for a rejection of an attorney-client privilege claim made by Mr. Weinstein. The parties have met and conferred and respectfully request the Court set the following briefing schedule for the Government's motion: the Defendants shall file a response, if any, to the Government's motion on or before April 9, 2024; and the Government shall file a reply, if any, in support of its motion on or before April 16, 2024. Mr. Weinstein further requests the Court set a date for oral argument on the motion. The Government does not believe oral argument is necessary.

*Status Conference*

　　　The parties further request that the Court set a date for a telephonic status conference to enter the attached proposed scheduling order and discuss setting a 2024 trial date. The Government anticipates its case in chief will last approximately four weeks; the defense anticipates its case will last approximately one week; and the Government anticipates an additional two to three days for a rebuttal case.

- 2 -

The parties are available for a telephonic status conference, subject to the Court's availability, after 2 PM on April 2nd, after 2 PM on April 3rd, and after 12 PM on April 4th.

                                        Respectfully submitted,

                                        PHILIP R. SELLINGER
                                        United States Attorney

By:    CAROLYN SILANE
        JONATHAN FAYER
        MARK PESCE
        Assistant U.S. Attorneys