# EXHIBIT C

1

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                   CRIMINAL NO. 14-219

UNITED STATES OF AMERICA    :
                            :
         -vs-               :   TRANSCRIPT OF PROCEEDING
                            :
ELIYAHU WEINSTEIN,          :          SENTENCE
                            :
             Defendant.     :
                            :
- - - - - - - - - - - - - - -

                                   Trenton, New Jersey
                                   December 15, 2014

     B E F O R E:


         THE HONORABLE JOEL A. PISANO
      UNITED STATES DISTRICT COURT JUDGE



     A P P E A R A N C E S:


     PAUL J. FISHMAN, U.S. ATTORNEY
     By:  GURBIR SINGH GREWAL, Assistant U.S. Attorney
          ZACH INTRATE, Assistant U.S. Attorney
     For the Government.



     CREIZMAN LLC
     BY:  ERIC CREIZMAN, ESQ.,
     For the Defendant.



     Pursuant to Section 753 Title 28 United States
     Code, the following transcript is certified to be
     an accurate record as taken stenographically in the
     above-entitled proceedings.

                     _____
                     S/Joanne M. Caruso, CSR, CRR
                        Official Court Reporter
                           (908)334-2472
```

Case 3:24-cr-00128-MAS  Document 103-3  Filed 05/03/24  Page 3 of 4 PageID: 514
Case: 14-3122  Document: 003112103446  Page: 646  Date Filed: 10/21/2015

SA666

22

1            We're talking about the Chambers part of this here,
2   but what about all the other ones?  There's more to this case
3   than the Chambers.  We had -- let's just characterize it, the
4   Facebook fraud, the Belle Glade Gardens deal, the Florida
5   condominium victims, Rabbi Kapune, you're not hearing anything
6   about all the rest of it.
7            So no, I don't, I'm sorry, Mr. Creizman, I accept
8   your arguments being made in good faith in your mind, but I
9   don't accept that there has been any demonstration, at least
10  in my view, that's credible, credible demonstration of
11  accepting responsibility.
12           The fact of the matter is, as I said in the previous
13  case, we look for motivation of criminal conduct and the only
14  motivation here -- we don't have all of the stuff that you see
15  from time-to-time, child abuse, drug addiction, lack of
16  support, lack of education, we don't have any of that here.
17  What we have is simply a person who is fraudulent in his very
18  essence.  That's all he is, he is a fraud.  He doesn't know
19  anything else.  Everything he tells people is fraudulent, it's
20  a lie, it's bogus.
21           This business about being wonderful man in the
22  community is completely fraudulent and bogus.  We know it's
23  easy to be a hero using other people's money.  We went through
24  that, I don't want to go over it again, but he lies to people,
25  even the people who are important to him.

JOANNE M. CARUSO, CSR, CRR,  OFFICIAL COURT REPORTER, TRENTON, N.J.

Case 3:24-cr-00128-MAS    Document 103-3    Filed 05/03/24    Page 4 of 4 PageID: 515
Case: 14-3122    Document: 003112103475    Page: 69    Date Filed: 10/21/2015

31

1  where it is, but we do know that you continue to have
2  co-conspirators who are at large, Siforov from the first case,
3  God knows who in the second case.
4         We also know that your supporters, obviously, have
5  access to resources.  They have access to resources because
6  even though you lied about your assets, you continue to retain
7  counsel and, by the way, Mr. Creizman and Mr. Yurowitz and
8  associates have done remarkable work in connection with this
9  case, both cases.  They've spent, I can't even imagine how
10 much time they've spent on it, so whatever they received in
11 compensation, in my view, probably wasn't enough, but in any
12 event, there's obviously access to resources.
13        I also find you to be a danger to the community
14 because your very core nature compels you to lie and cheat and
15 steal.
16        So the fact that you are a flight risk to me, and I
17 firmly believe, by the way, given the opportunity, given the
18 opportunity, your supporters and you would seek to flee the
19 jurisdiction, I have no doubt about that, particularly because
20 of the way things have been handled while you have been in
21 custody, I believe that there would be a security risk here to
22 be observed.
23        Now, I recognize it's unusual in an individual with
24 demographics presented by Mr. Weinstein, but where it's
25 necessary, I'd be remiss if not calling for, so I am