UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael A. Shipp |
| | : | |
| v. | : | Crim. No. 24-128 (MAS) |
| | : | |
| ELIYAHU ("ELI") WEINSTEIN, a/k/a "Mike Konig," and ARYEH ("ARI") BROMBERG | : | VERDICT FORM |

## COUNT ONE
(Conspiracy to Commit Securities Fraud)

For Count One, which charges conspiracy to commit securities fraud, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:            ARYEH BROMBERG:

___✓___ GUILTY               ___✓___ GUILTY

_____ NOT GUILTY           _____ NOT GUILTY

## COUNT TWO
### (Securities Fraud)

For Count Two, which charges securities fraud, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

__✓__ GUILTY

_____ NOT GUILTY

ARYEH BROMBERG:

__✓__ GUILTY

_____ NOT GUILTY

## COUNT THREE
### (Conspiracy to Commit Wire Fraud)

For Count Three, which charges conspiracy to commit wire fraud, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

____✓____ GUILTY

_____ NOT GUILTY

## COUNT FOUR
### (Wire Fraud)

For Count Four, which charges wire fraud with regard to an interstate wire of approximately $1,550,000 from victims to Optimus for an investment on or about January 25, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

____✓____ GUILTY

_____ NOT GUILTY

## COUNT FIVE
## (Wire Fraud)

For Count Five, which charges wire fraud with regard to an interstate wire of approximately $575,000 from Tryon to Optimus for an investment on or about February 2, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

____✓____ GUILTY

_____ NOT GUILTY

## COUNT SIX
### (Wire Fraud)

For Count Six, which charges wire fraud with regard to an interstate wire of approximately $176,221 from Optimus to an Optimus investor on or about May 6, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

__✓__ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

__✓__ GUILTY

_____ NOT GUILTY

## COUNT SEVEN
### (Conspiracy to Launder Monetary Instruments)

For Count Seven, which charges conspiracy to launder monetary instruments, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

__✓__ GUILTY

_____ NOT GUILTY

ARYEH BROMBERG:

__✓__ GUILTY

_____ NOT GUILTY

If you find anyone guilty on Count Seven, please indicate what crime or crimes you unanimously find the defendant conspired to commit by checking one or more boxes below:

| ELIYAHU WEINSTEIN | ARYEH BROMBERG | |
|---|---|---|
|  | ✓ | Money laundering to promote the carrying on of the specified unlawful activity, that is, wire fraud. |
| ✓ |  | Money laundering to conceal or disguise the nature, the source, the ownership, or the control of the proceeds of the specified unlawful activity, that is, wire fraud. |
|  |  | Engaging in monetary transactions in property derived from specified unlawful activity, that is, wire fraud. |

## COUNT EIGHT
### (Money Laundering)

For Count Eight, which charges engaging in a monetary transaction in property derived from specified unlawful activity, with regard to a wire of approximately $396,988.82 from a title company to a seller of a property in Jackson, New Jersey, on or about February 3, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

____✓____ GUILTY

_____ NOT GUILTY

# COUNT NINE
## (Conspiracy to Make False Statements to and Conceal Material Facts from the United States Probation Office)

For Count Nine, which charges conspiracy to make false statements to, or to conceal material facts from, the United States Probation Office, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

____✓____ GUILTY

_____ NOT GUILTY

## COUNT TEN
### (False Statements to and Concealment of Material Facts from the United States Probation Office)

For Count Ten, which charges making a false statement to, or concealing material facts from, the United States Probation Office on or about December 2, 2021, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

___✓___ GUILTY

_____ NOT GUILTY

ARYEH BROMBERG:

_____ GUILTY

___✓___ NOT GUILTY

## COUNT ELEVEN
### (False Statements to and Concealment of Material Facts from the United States Probation Office)

For Count Eleven, which charges making a false statement to, or concealing material facts from, the United States Probation Office on or about June 17, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

_____ GUILTY

____✓____ NOT GUILTY

## COUNT TWELVE
### (False Statements to and Concealment of Material Facts from the United States Probation Office)

For Count Twelve, which charges making a false statement to, or concealing material facts from, the United States Probation Office on or about November 9, 2022, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

__✓__ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

_____ GUILTY

__✓__ NOT GUILTY

## COUNT THIRTEEN
### (False Statements to and Concealment of Material Facts from the United States Probation Office)

For Count Thirteen, which charges making a false statement to, or concealing material facts from, the United States Probation Office on or about January 18, 2023, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

____✓____ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

_____ GUILTY

____✓____ NOT GUILTY

# COUNT FOURTEEN
### (Conspiracy to Obstruct Justice)

For Count Fourteen, which charges conspiracy to obstruct justice, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

___✓___ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

___✓___ GUILTY

_____ NOT GUILTY

## COUNT FIFTEEN
### (Obstruction of Justice)

For Count Fifteen, which charges obstruction of justice, we, the jury, unanimously find:

ELIYAHU WEINSTEIN:

___✓___ GUILTY

_____ NOT GUILTY


ARYEH BROMBERG:

___✓___ GUILTY

_____ NOT GUILTY

## COUNT SIXTEEN
### (Destruction of Objects to Impede a Federal Investigation)

For Count Sixteen, which charges defendant Eliyahu Weinstein with destruction of objects to impede a federal investigation, specifically a Samsung SM-G986U1 cellular telephone assigned telephone number 848-245-4452 on or about July 19, 2023, we, the jury, unanimously find defendant Eliyahu Weinstein:



_____ GUILTY

\_\_\_\_✓\_\_\_ NOT GUILTY

## COUNT SEVENTEEN
### (Obstruction of Justice)

For Count Seventeen, which charges defendant Eliyahu Weinstein with obstruction of justice with regard to events involving Alaa Hattab on or about July 19, 2023, we, the jury, unanimously find defendant Eliyahu Weinstein:

_____ GUILTY

\_\_✓\_\_\_\_ NOT GUILTY

Date: 3/31/2025

_____
Signature of Foreperson