UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court: U.S.A. v. Weinstein          Docket No.: 24-cr-128 (MAS)

United States of America,
    (Plaintiff)

Judge: Hon. Michael A. Shipp

v.
Eliyahu Weinstein,
    (Defendant)

**Notice of Appeal to the U.S. Court of Appeals for the Third Circuit**

Notice is hereby given that  Defendant Eliyahu Weinstein
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[X] Judgment, [ ] Order, [ ] Other  judgment, conviction, and sentence
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

11/14/2025
(Date)

Dated: 11/19/2025

Defendant Eliyahu Weinstein
Appellant
Meister Seelig & Fein PLLC,
125 Park Ave., 7th Fl.,
Street
New York, NY 10017
City, State, Zip
(212) 655-3500
Telephone